# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JUSTIN WAYNE PALLETT,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**5:22-cr-00035-TES-CHW-1** |

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL

Before the Court is a Joint Motion to Continue [Doc. 18], filed by the Government. On July 12, 2022, the Government obtained an indictment against Defendant containing one count of Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and (e), and one count of Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and 2252A(b)(2). [Doc. 1]. Defendant pled "Not Guilty" on July 14, 2022. [Doc. 11].

The Government seeks a continuance so that it may provide discovery to Defendant. [Doc. 18]. Once received, counsel for Defendant will need additional time to fully review discovery, conduct any required investigation, or negotiate a potential resolution of the case prior to the Court's next regularly scheduled trial term. Accordingly, the Court **GRANTS** the Joint Motion to Continue [Doc. 18], and this case

and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—October 11, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 26th day of July, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**