IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUSTIN WAYNE PALLETT,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>5:22-cr-00035-TES-CHW-1 |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is an Unopposed Motion to Continue [Doc. 20], filed by Defendant. On July 12, 2022, the Government obtained a two-count indictment against Defendant containing one count of Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and (e), and one count of Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and 2252A(b)(2). [Doc. 1]. Defendant pled "Not Guilty" on July 14, 2022. [Doc. 11].

Discovery was provided on August 11, 2022, and that discovery is voluminous. Additionally, there is discovery material which is retained by the Government and which counsel must make arrangements to see in person.

Counsel for Defendant needs additional time to fully review discovery, conduct any required investigation, or negotiate a potential resolution of the case prior to the Court's next regularly scheduled trial term. Accordingly, the Court **GRANTS**

Defendant's Unopposed Motion to Continue [Doc. 20], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—December 11, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 14th day of September, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**