IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JUSTIN WAYNE PALLETT, | * |
| Petitioner, | * |
| v. | Case No. 5:22-cr-00035-TES-CHW-1 |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated October 20, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 21st day of October, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk